IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD STORM<br>   Petitioner,<br>vs.<br>JEANNE WOODFORD, Director, et al.,<br>   Respondents. | Case No. 2:05-cv-02514 JKS DAD P<br><br>ORDER |

  Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this Court's December 7, 2007, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability ("COA") must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

  When a petition has been denied "on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should issue . . . if the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right, and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 478 (2000). The Court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

  The Court declines to issue a COA for the reasons set forth in the magistrate judge's October 19, 2006, findings and recommendations and this Court's order of December 7, 2007. No reasonable jurist could find that Petitioner's filing did not constitute a successive petition under 28 U.S.C. § 2244. Petitioner had previously presented federal habeas corpus petitions concerning both

1

his 1990 and 1997 convictions. Whether Petitioner's current application seeks to attack his 1990 conviction or his 1997 conviction, it constitutes a successive petition. Petitioner's only recourse is to seek the permission of the Court of Appeals for the Ninth Circuit to file his successive petition. *See* 28 U.S.C. § 2244(b)(3).

**IT IS SO ORDERED**.

Dated this the 3rd day of November 2008.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

ORDER